IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JOHNQUAVIOUS HOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 325-018 |
| | ) | |
| GEORGIA DEPARTMENT OF CORRECTIONS; UNIT MANAGER MR. SYFES; LT. MS. JANE DOE; and SGT. MR. JOHN DOE, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

*FILED SEP 16 2025, U.S. DISTRICT COURT, SOUTHERN DISTRICT OF GEORGIA*

ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Defendants Georgia Department of Corrections, Lt. Jane Doe, and Sgt. John Doe, as well as Plaintiff's claims relating to the deprivation of his personal property, deliberate indifference to a serious medical need, prison regulations, conditions of confinement, and failure to intervene for failure to state a claim upon which relief may be granted. The case shall proceed against Defendant Unit Manager Syfes as described in the Magistrate Judge's July 24, 2025 Order. (Doc. no. 19.)

SO ORDERED this 16th day of September, 2025, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE