IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JOHNQUAVIOUS HOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 325-018 |
| | ) | |
| UNIT MANAGER MR. SYFES, | ) | |
| | ) | |
| Defendant. | ) | |

---

**ORDER**

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** Defendant's Motion for Summary Judgment, (doc. no. 44), and **DISMISSES** this case without prejudice under the conditions described in the Report and Recommendation, (doc. no. 51, pp. 4-6). The Court **DIRECTS** the Clerk to terminate all pending motions and deadlines and **CLOSE** this case.

SO ORDERED this 19th day of August, 2026, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE